IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **INTERSCOPE RECORDS, SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, and ARTISTA RECORDS,** | ) ) ) ) ) | CASE NO. 8:05CV127 |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| **DEBBIE FREEMAN,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiffs' Notice of Dismissal (Filing No. 6). Because the Court finds that the Notice complies with Fed. R. Civ. P. 41(a)(1)(I),

    IT IS ORDERED:

    1)    The Notice of Dismissal (Filing No. 6) is approved;

    2)    The Complaint is hereby dismissed without prejudice; and

    3)    Each party shall pay its own costs and attorneys' fees.

DATED this 19th day of April, 2005.

                                                  BY THE COURT

                                                 s/Laurie Smith Camp
                                                 Laurie Smith Camp
                                                 United States District Judge